IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02319-WYD-KLM

RAIMOND EISAEI,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC., a Washington corporation,

    Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is hereby

    ORDERED that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

    Dated:  October 3, 2013

                                            BY THE COURT:

                                            /s/ Wiley Y. Daniel
                                            WILEY Y. DANIEL,
                                            SENIOR UNITED STATES DISTRICT JUDGE